```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JOHN JOSEPH MULLIGAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-136 EJG |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO CONTINUE** |
| v. ) | **STATUS CONFERENCE** |
| ) | |
| JOHN JOSEPH MULLIGAN, ) | |
| ) | Date: May 1, 2009 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Edward J. Garcia |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between the parties, Kyle Reardon, Assistant United States Attorney, and Matthew C. Bockmon, attorney for defendant John Joseph Mulligan, that the Status Conference now scheduled for May 1, 2009 be vacated, and a new status conference date of May 8, 2009 be set.

This continuance is being requested because of on-going defense investigation and preparation.

IT IS STIPULATED that the period from the signing of this Order up to and including May 8, 2009 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18

U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: April 28, 2009          Respectfully submitted,

                               DANIEL BRODERICK
                               Federal Defender

                               /s/ Matthew C. Bockmon
                               _____
                               MATTHEW C. BOCKMON
                               Assistant Federal Defender
                               Attorney for Defendant
                               JOHN JOSEPH MULLIGAN

Dated: April 28, 2009          LAWRENCE G. BROWN
                               Acting United States Attorney


                               /s/ Kyle Reardon
                               _____
                               KYLE REARDON
                               Assistant U.S. Attorney

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for May 1, 2009, be continued to May 8, 2009, at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from this date to, and including, the May 8, 2009 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: April 30, 2009
                               /s/ Edward J. Garcia
                               EDWARD J. GARCIA
                               United States District Judge