**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
SACRAMENTO, CALIFORNIA  95814

*Daniel J. Broderick*  (916) 498-5700  Fax: (916) 498-5710  *Linda C. Harter*
*Federal Defender*  *Chief Assistant Defender*

# M E M O R A N D U M

DATE:      November 2, 2009

TO:        Colleen Lydon, Courtroom Clerk to the
           Honorable Edward J. Garcia

FROM:      Matthew C. Bockmon, Assistant Federal Defender

SUBJECT:   United States v. John Mulligan
           Cr.S. 09-00136 EJG

---

      This Memorandum will confirm that the parties have agreed to continue Judgment and Sentencing presently scheduled for November 4, 2009, to **Friday, December 18, 2009, at 10:00 a.m.**

      All parties, **including the courtroom clerk,** have been notified and are in agreement to this continuance.

**IT IS SO ORDERED**.

Dated: November 2 , 2009


       /s/ Edward J. Garcia
      EDWARD J. GARCIA
      United States District Judge



cc:   Teresa C. Hoffman, USPO
      client