**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA 95814**
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

# M E M O R A N D U M AND ORDER THEREON

DATE:      February 3, 2010

TO:        Colleen Lydon, Courtroom Clerk to the
           Honorable Edward J. Garcia

FROM:      Matthew C. Bockmon, Assistant Federal Defender

SUBJECT:   United States v. John Mulligan
           Cr.S. 09-00136 EJG

---

This Memorandum will confirm that the parties have agreed to continue Judgment and Sentencing presently scheduled for February 5, 2010, to **Friday, March 26, 2010, at 10:00 a.m.**

All parties, **including the courtroom clerk,** have been notified and are in agreement to this continuance.

**IT IS SO ORDERED**.

Dated: February 4, 2010


 /s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge


cc:    Linda L. Alger, USPO
       client