**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

*Daniel J. Broderick*        (916) 498-5700  Fax: (916) 498-5710        *Linda C. Harter*
*Federal Defender*        *Chief Assistant Defender*

# M E M O R A N D U M

DATE:       March 23, 2010

TO:         Colleen Lydon, Courtroom Clerk to the
            Honorable Edward J. Garcia

FROM:       Matthew C. Bockmon, Assistant Federal Defender

SUBJECT:    <u>United States v. John Mulligan</u>
            Cr.S. 09-00136 EJG

---

      This Memorandum will confirm that the parties have agreed to continue Judgment and Sentencing presently scheduled for March 26, 2010, to **Friday, May 21, 2010, at 10:00 a.m.**

      All parties, **including the courtroom clerk,** have been notified and are in agreement to this continuance.

**IT IS SO ORDERED**.

Dated: March 24, 2010

                                              /s/Edward J. Garcia
                                              EDWARD J. GARCIA
                                              United States District Judge

cc:    Linda L. Alger, USPO
       client