**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

*Daniel J. Broderick*　　　　(916) 498-5700  Fax: (916) 498-5710　　　　*Linda C. Harter*
*Federal Defender*　　　　　　　　　　　　　　　　　　　　　　　　*Chief Assistant Defender*

# M E M O R A N D U M

DATE:　　　May 20, 2010

TO:　　　　Colleen Lydon, Courtroom Clerk to the
　　　　　　Honorable Edward J. Garcia

FROM:　　　Matthew C. Bockmon, Assistant Federal Defender

SUBJECT:　United States v. John Mulligan
　　　　　　Cr.S. 09-00136 EJG

---

　　　This Memorandum will confirm that the parties have agreed to continue Judgment and Sentencing presently scheduled for May 21, 2010, to **Friday, June 25, 2010, at 10:00 a.m.**

　　　All parties, **including the courtroom clerk,** have been notified and are in agreement to this continuance.

**IT IS SO ORDERED**.

Dated: May 20, 2010


　　　　　　　　　　　　　　　　　　　　　/s/ Edward J. Garcia
　　　　　　　　　　　　　　　　　　　　EDWARD J. GARCIA
　　　　　　　　　　　　　　　　　　　　United States District Judge



cc:　　Linda L. Alger, USPO
　　　client