BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700



FILED

JUL 13 2010

CLERK, U.S. DISTRICT C...
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-00136 EJG |
| Plaintiff, | |
| v. | ORDER |
| JOHN JOSEPH MULLIGAN, | |
| Defendant. | |

### ORDER

The parties appeared before the Court on Friday, June 25, 2010, in case number 2:09-00136 EJG.  At that time, the Court sentenced the defendant to 54 months imprisonment, 96 months of supervised release, and imposed a $100 special assessment.

The Court further orders that the defendant shall not be housed in the same detention facility as Stephen McKesson. Defendant McKesson was sentenced on February 12, 2010, in case number 2:08-00462 GEB to 235 months imprisonment.  The primary victim in defendant McKesson's child exploitation conviction is a relative of defendant Mulligan.  This order is based upon the need to ensure safety and order within the Bureau of Prison

1

1 | facilities housing the respective defendants, as well as to
2 | prevent defendant McKesson's victims from having any contact with
3 | defendant McKesson.
4 |     IT IS SO ORDERED.

Dated: 7/7/10

EDWARD J. GARCIA
United States District Judge